**No. 60670.**—F. E. Macartney *v.* United States, protests 249294–K, 249295–K, and 249299–K (Duluth).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of ergoty screenings similar in all material respects to those the subject of *Universal Laboratories* v. *United States* (35 Cust. Ct. 23, C. D. 1715), the claim for free entry was sustained as to the percentages of ergot content of the merchandise, as set forth in the schedule "A," attached to and made part of the decision. The remaining merchandise was held dutiable, as assessed.